UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LISA D. CLARK,<br><br>　　　　　Defendant. | No.  2:23-po-0036-CKD<br><br>REFUND ORDER |

　　　On March 14, 2023, the government moved to dismiss the citation CA21/9475683 without prejudice and the motion was granted by the court.  On March 15, however, the defendant paid $280.00 to the Central Violations Bureau.

　　　Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

Dated:  March 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1